**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| In re: Arlene Chandler | Case No. 15-31089-KLP |
| Debtor. | Chapter 7 |
| Address: 3712 Austin Avenue | |
| Richmond, VA 23222 | |
| Last four digits of Social Security No(s).:  6106 | |
| Debtor(s) | |

## NOTICE OF MOTION

Arlene Chandler, the Debtor, has filed papers with the court to: **Motion to Re-Convert Chapter 7 to Chapter 13.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you do not want the court the grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **21 days after today's date**, you or your attorney must:

   ___x__ File with the court, at the address shown below, a written request for a hearing or a written response. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

   ___x__ Attend the hearing on the motion scheduled to be held on **May 29, 2019, at 10:00 am**, at the United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, Virginia.

**Clerk of Court**
**United States Bankruptcy Court**
**701 E. Broad Street, Room 4000**
**Richmond, VA 23219**

Joseph S. Massie, III, VSB No. 35472
Massie Law Firm, PC
115 N. 1st Street
Richmond, Virginia 23219
(804) 644-4878
(804) 644-4874 Fax

In re: Arlene Chandler                                        Case No. 15-31089-KLP
       Debtor.                                                Chapter 7

<u>You must also mail a copy to</u>:
**Joseph Massie, III**
**115 N. First Street**
**Richmond, VA 23219**

Joseph S. Massie, III, <u>VSB No. 35472</u>
Massie Law Firm, PC
115 N. 1st Street
Richmond, Virginia 23219
(804) 644-4878
(804) 644-4874 Fax

In re: Arlene Chandler                                                  Case No. 15-31089-KLP
    Debtor.                                                             Chapter 7

**CERTIFICATE OF SERVICE**

     I hereby certify that May 3, 2019 a true copy of the foregoing **Notice of Motion** was mailed or electronically transmitted to Peter J. Barrett, Kutak Rock, LLP, 901 East Byrd Street, Suite 1000, Richmond, VA 23219, Chapter 7 Trustee and Arlene Chandler, 3712 Austin Avenue, Richmond, VA 23222.

Date:  May 3, 2019                /s/ Joseph S. Massie, III, Esq., VSB No. 35472
                                      Joseph S. Massie, III

Joseph S. Massie, III, VSB No. 35472
Massie Law Firm, PC
115 N. 1st Street
Richmond, Virginia 23219
(804) 644-4878
(804) 644-4874 Fax

In re: Arlene Chandler                                    Case No. 15-31089-KLP
        Debtor.                                               Chapter 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

In re: Arlene Chandler                  Case No. 15-31089-KLP
       Debtor.                                              Chapter 7

### MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

COMES NOW, Arlene Chandler, the Debtor, by counsel, moves the Court to convert this case to a case under Chapter 7 of the United States Bankruptcy Code back to a Chapter 13, and in support thereof states the following:

1. This Court has proper jurisdiction over the matters herein.
2. On March 3, 2015, the Debtor(s) filed a voluntary petition in bankruptcy Chapter 13.
3. Pursuant to 11 U.S.C.§ 1112, the Debtor converted this case to one under Chapter 7 after giving proper notice and no objections were filed in response on January 18, 2019.
4. It is in the best interest of the Debtor and her creditors that her case is re-converted to a Chapter 13 case.
5. The Chapter 13 case upon re-conversion will be paid out at one hundred percent (100%).

WHEREFORE, the Debtor respectfully request that the Court enter an Order converting this case from a Chapter 7 back to a Chapter 13 of the U.S. Bankruptcy Code.

Date: May 3, 2019

                                     By:    /s/ Joseph S. Massie, III, Attorney for Debtor(s)
                                                       Joseph S. Massie, III

### CERTIFICATE OF SERVICE

Joseph S. Massie, III, VSB No. 35472
Massie Law Firm, PC
115 N. 1st Street
Richmond, Virginia 23219
(804) 644-4878
(804) 644-4874 Fax

In re: Arlene Chandler                  Case No. 15-31089-KLP
       Debtor.                                              Chapter 7

      The undersigned hereby certifies that on this date the foregoing **Motion to Re-Convert Case from Chapter 7 to Chapter 13** was served upon the standing trustee, all creditors, and all necessary parties electronically and/ or by mailing a copy to each party.

Date: May 3, 2019         /s/ Joseph S. Massie, III, Esq., VSB No. 35472
                                        Joseph S. Massie, III
                                        Massie Law Firm, PC
                                        115 N. 1st Street
                                        Richmond, Virginia 23219
                                        (804) 644-4878
                                        (804) 644-4874 Fax

| | | |
|---|---|---|
| Allied Cash Advance 4380 S. Laburnum Avenue Henrico, VA 23231 | Allied Cash Advance 4380 S. Laburnum Avenue Henrico, VA 23231 | Allied Cash Advance 4380 S. Laburnum Avenue Henrico, VA 23231 |
| Bryant St. Bank 800 E. 60th Street N. Sioux Falls, SD 57104 | Bryant St. Bank 800 E. 60th Street N. Sioux Falls, SD 57104 | Bryant St. Bank 800 E. 60th Street N. Sioux Falls, SD 57104 |
| Capital One PO Box 71083 Charlotte, NC 28272-1083 | Capital One PO Box 71083 Charlotte, NC 28272-1083 | Capital One PO Box 71083 Charlotte, NC 28272-1083 |
| CarMax Auto Finance 225 Chastain Meadows Court Kennesaw, GA 30144 | CarMax Auto Finance 225 Chastain Meadows Court Kennesaw, GA 30144 | CarMax Auto Finance 225 Chastain Meadows Court Kennesaw, GA 30144 |
| Check into Cash 4738 Finlay Street Henrico, VA 23231 | Check into Cash 4738 Finlay Street Henrico, VA 23231 | Check into Cash 4738 Finlay Street Henrico, VA 23231 |
| Compucredit Corp/Salue P.O. O Bx 106666 Atlanta, GA 30346 | Compucredit Corp/Salue P.O. O Bx 106666 Atlanta, GA 30346 | Compucredit Corp/Salue P.O. O Bx 106666 Atlanta, GA 30346 |
| Office of the US Trustee 701 E. Broad Street Room 4304 Richmond, VA 23219-1885 | Altair OH XIII, LLC CO Weinstein, Pinson, and Riley, PS 2001 Western Avenue, Ste 400 Seattle, WA 98121-3132 | Cerastes, LLC c/o Weinstein and Riley, PS 2001 Western Avenue Ste 400 Seattle, WA 98121-3132 |
| CarMax Auto Finance 2040 Thalbro Street Richmond, VA 23230-3200 | Check into Cash 4738 Finlay Street Henrico, VA 23231-2754 | Continental Finance Company, LLC PO Box 8099 Newark, DE 19714-8099 |

Joseph S. Massie, III, VSB No. 35472
Massie Law Firm, PC
115 N. 1st Street
Richmond, Virginia 23219
(804) 644-4878
(804) 644-4874 Fax

| | |
|---|---|
| In re: Arlene Chandler | Case No. 15-31089-KLP |
| Debtor. | Chapter 7 |

| DSNB/Macys<br>PO Box 8218<br>Mason, OH 45040-8218 | First Premier Bank<br>301 S. Minnesota Ave<br>Sioux Falls, SD 57104-6315 | Kristen Misleh, Esquire<br>Atlantic Law Group, LLC<br>PO Box 2548<br>Leesburg, VA 20177-7754 |
|---|---|---|
| Merrick Bank<br>PO Box 5201<br>Old Bethpage, NY 11804 | PRA Receivable Management, LL<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (p) Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Premier Card<br>PO Box 2208<br>Vacaville, CA 95696-8208 | TD Bank USA, NA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue<br>Ste 400<br>Seatlle, WA 98121-3132 | VCU Health Sytem<br>PO Box 758721<br>Baltimore, MD 21275-8721 |
| Arelene Chandler<br>3712 Austin Avenue<br>Richmond, VA 23222-2404 | Premier Bank, Lllc<br>C o Jefferson Capital Systems LLC<br>PO Box 799<br>Saint Cloud, Mn 56302-7999 | Sallie Mae on behalf of USDoE<br>PO Box 740351<br>Atlanta, GA 30374-0351 |
| Target NB/TD Bank USA/TargetCr<br>PO Box 673<br>Minneapolis, MN 55440-0673 | Virginia Department of Taxatio<br>PO Box 2156<br>Richmond, VA 23218-2156 | Carl M. Bates<br>PO Box 1819<br>Richmond, VA 23218-1819 |
| Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696-8208 | Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | (p) Robert P McIntosh<br>US Attorney S Office<br>Eastern District of Virginia<br>919 E. Main St<br>Suite 1900<br>Richmond, VA 23219-4625 |

Joseph S. Massie, III, VSB No. 35472
Massie Law Firm, PC
115 N. 1st Street
Richmond, Virginia 23219
(804) 644-4878
(804) 644-4874 Fax

In re: Arlene Chandler                                          Case No. 15-31089-KLP
Debtor.                                                                  Chapter 7